**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:      Feldon Bonner II **V.** Saul Austin

Appellate case number:      01-09-01059-CV

Trial court case number: 0751857

Trial court:      280th District Court of Harris County

Date motion filed:      February 26, 2013

Party filing motion:      Appellant

     It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Sherry Radack
         ☐ Acting individually    ☒ Acting for the Court

Panel consists of: Chief Justice Radack and Justices Bland and Huddle

Date: March 20, 2013